UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

MY M. PHENGSAVANH,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.

No.  4:15-CV-5018-EFS

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED: October 30, 2015

        SEAN F. McAVOY
        Clerk of Court

        By:  *s/Shelly Koegler*
          Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**